United States District Court
Southern District of Texas
**ENTERED**
March 31, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SAL ACEVES, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:15-CV-278 |
| § | |
| STELLAR RECOVERY, INC., § | |
| § | |
| Defendant. § | |

## ORDER

On February 12, 2016, Plaintiff filed a Notice of Acceptance of Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of $2,500.00 inclusive of Damages, Attorney Fees and Costs. (Dkt. 9). Subsequently, Plaintiff's Notice of Satisfaction of Judgment (Dkt. 11) was filed on March 28, 2016.

The Clerk of Court is directed to enter judgment in favor of Plaintiff Sal Aceves and against Defendant Stellar Recovery, Inc. in the amount of $2,500.00, exclusive of attorneys' fees and costs.

Therefore, the Clerk of Court shall **TERMINATE** this case.

SIGNED at Galveston, Texas, this 31st day of March, 2016.

George C. Hanks Jr.
United States District Judge